UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REDHAWK HOLDINGS CORP. and
BEECHWOOD PROPERTIES, LLC,
                Plaintiffs,

   -vs-

DANIEL J. SCHREIBER and
DANIEL J. SCHREIBER, TRUSTEE
of the SCHREIBER LIVING TRUST – DTD 2/08/95
                Defendants.

Case No.: 2:17-cv-00819(B)(3)

Judge Ivan L.R. Lemelle

Magistrate Judge Daniel E. Knowles, III

## FIRST AMENDED COMPLAINT

NOW COME Plaintiffs RedHawk Holdings Corp. and Beechwood Properties, LLC in the above captioned matter for the purpose of amended their original Complaint [ECF No. 1] as follows:

1.

Plaintiffs reiterate, reallege and reaver all of the allegations, claims and causes of action contained in their original Complaint [ECF No. 1], as if copied herein *in extensio*.

2.

Paragraph 5 of Plaintiffs' original Complaint is amended to substitute Daniel J. Schreiber, Trustee of the Schreiber Living Trust – Dtd 2/08/95 as a defendant in the place of the Schreiber Living Trust – Dtd 2/08/95, and to read as follows:

Defendant Daniel J. Schreiber, Trustee of the Schreiber Living Trust – Dtd 2/08/95 (the "Schreiber Trust", collectively with Mr. Schreiber, "Defendants") is a California trust whose address is in San Diego County, California.[1]

        Respectfully submitted,

        */s/ Samuel E. Masur*
        **GORDON, ARATA, MONTGOMERY, BARNETT,**
          **MCCOLLAM, DUPLANTIS & EAGAN, LLC**
        Samuel E. Masur (La. Bar #1221)
        Paul B. Simon (La. Bar #33679)
        Armistead M. Long (La. Bar # 33949)
        400 E. Kaliste Saloom Rd., Suite 4200
        Lafayette, LA 70508-8517
        Email: smasur@gamb.law
                psimon@gamb.law
                along@gamb.law
        Tel:   (337) 237-0132
        Fax:  (337) 237-3451

        and

        **THE TOCE FIRM, APLC**
        André F. Toce (#16769)
        969 Coolidge Boulevard
        Lafayette, Louisiana 70503
        Telephone: (337) 233-6818
        Facsimile: (866) 306-9336
        Email: andre@toce.com

        *Attorneys for Plaintiffs Redhawk Holdings Corp. and Beechwood Properties, LLC*

---

[1] On information and belief, and according to SEC filings by the Schreiber Trust, Mr. Schreiber is both a Trustee and beneficiary of the Schreiber Trust.