```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

REDHAWK HOLDINGS CORP.                              CIVIL ACTION
AND BEECHWOOD PROPERTIES LLC

VERSUS                                              NO. 17-819

DANIEL J. SCHRIEBER AND                             SECTION "B"(2)
SCHREIBER LIVING TRUST DTD 2/08/95
```

## ORDER AND REASONS

Defendant, the Schrieber interests, filed a motion for entry of money judgment. Rec. Doc. 167. Plaintiff, referred here as Redhawk, timely filed a response in opposition. Rec. Doc. 174. Defendant then sought and was granted leave to file a reply. Rec. Doc. 177.

As Redhawk acknowledges, the previously issued Order and Reasons "resolved all claims and issues raised by Schreiber's Motion [to Enforce Settlement]." Opp., Rec. Doc. 174, p. 3. Schreiber is not asking for any additional or different relief than what was previously requested in the Motion to Enforce the Settlement Agreement, which this Court granted. See Rec. Docs. 151 and 162. Redhawk's opposition contests the court's jurisdiction to enter a monetary judgment after the filing of its notice of appeal and the liability finding against it. That opposition did not question the quantum of damages, only an issue of entitlement was raised. The computation of damages and methodology for same were clearly laid out in the prior motion to

enforce settlement, which was unconditionally granted. Statutory law and circuit precedent support this Court's jurisdiction to enter form judgment at this time.

**ACCORDINGLY, IT IS ORDERED** the motion for entry of a money judgment pursuant to Federal Rules of Civil Procedure 58 (a) and (d) is **GRANTED**. See also, *Am. Totalisator Co., Inc. v. Fair Grounds Corp.,* 3 F.3d 810, 812-13 (5th Cir. 1993); *Schiro v. Office Depot, Inc.,* 634 Fed. Appx. 965 (5th Cir. 2015); and *Celtic Marine Corp. v. James C. Justice Companies, Inc.*, 2013 WL 5295711 (E.D. La. Sept. 18, 2013). A form judgment will be separately entered in accordance with the order and reasons filed on March 3, 2020.

New Orleans, Louisiana this 16th day of July, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE